■ Matter of THOMAS L. EHLE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [4 NYS3d 577]—A certified copy of plea minutes having been filed showing that Thomas L. Ehle was convicted of conspiracy in the fourth degree, a class E felony, he is disbarred and his name is stricken from the roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Feb. 9, 2015.)

■ Matter of TERRANCE A. FALK, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [4 NYS3d 577]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Feb. 17, 2015.)

■ Matter of THERESA A. SANDERS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [4 NYS3d 578]—A certified copy of plea minutes having been filed showing that Theresa A. Sanders was convicted of residential mortgage fraud in the second degree and grand larceny in the second degree, both class C felonies, she is disbarred and her name is stricken from the roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Feb. 17, 2015.)

■ Matter of DEBORAH C. WINSLOW, an Attorney, Resignor. [4 NYS3d 578]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed Feb. 19, 2015.)

■ Matter of ELIZABETH J. GIBBONS, an Attorney, Resignor. [4 NYS3d 578]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed Mar. 11, 2015.)

■ Matter of MICHAEL SWART, an Attorney, Resignor. [4 NYS3d 578]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.